**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ASHLEY LEWIS, M.D.,

                Plaintiff,

       v.                               Case No. 2:22-cv-02191

UNIVERSITY OF KANSAS,
SCHOOL OF MEDICINE,

                Defendant.

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Ashley Lewis, M.D. and Defendant University of Kansas School of Medicine-Wichita (the "Parties"), by and through their undersigned counsel, respectfully request that the Court enter their proposed Protective Order pursuant to Federal Rule of Civil Procedure 26(c). In support of their motion, the Parties state as follows:

1.      In this case, Plaintiff has alleged claims of discrimination, retaliation, and hostile work environment against Defendant, an educational institution, arising from Plaintiff's participation in a post-graduate residency program for psychiatry. The Parties anticipate that during the course of discovery, it may become necessary to request and/or produce private and sensitive information regarding both parties and nonparties, including financial/tax information, medical information, personnel information, and/or education records.

2.      The Parties submit that good cause exists for the entry of a protective order pursuant to Rule 26(c), including because both parties and nonparties should be protected from unnecessary embarrassment deriving from the public disclosure of highly personal, private, and sensitive information in which the general public has minimal interest.

3.     The proposed Protective Order, attached hereto as **Exhibit A** and submitted to the Court via e-mail in MS Word format, is primarily modeled after the District of Kansas's model form agreed Protective Order.

WHEREFORE, the Parties respectfully request that, for good cause shown, the Court enter the proposed Protective Order.

Respectfully submitted,

**SLOAN, EISENBARTH, GLASSMAN,**          **BERKOWITZ OLIVER LLP**
**MCENTIRE AND JARBOE, LLC**

 /s/ Alan V. Johnson                                         /s/ Kathleen M. Nemechek
Alan V. Johnson                                          Kathleen M. Nemechek
Rebecca M. Henderson                                     Megan D. Costello
534 S. Kansas Avenue Suite 1000                          2600 Grand Boulevard, Suite 1200
Topeka, Kansas 66603                                     Kansas City, Missouri 64108
Telephone:   (785) 357-6311                              Telephone:    (816) 561-7007
Facsimile:    (785) 357-0152                             Facsimile:    (816) 561-1888
ajohnson@sloanlawfirm.com                                knemechek@berkowitzoliver.com
rhenderson@sloanlawfirm.com                              mcostello@berkowitzoliver.com

*Counsel for Plaintiff*                                  *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Kansas using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

/s/ Kathleen M. Nemechek
*Counsel for Defendant*