# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ASHLEY LEWIS, M.D.,

    Plaintiff,

v.

UNIVERSITY OF KANSAS SCHOOL OF MEDICINE,

    Defendant.

Case No. 22-cv-2191-HLT-ADM

## ORDER

On October 6, 2022, the court convened a discovery conference at plaintiff Ashley Lewis, M.D.'s request to discuss a disagreement regarding plaintiff's deposition. Rebecca Henderson appeared on behalf of Dr. Lewis. Megan Costello appeared on behalf of defendant University of Kansas School of Medicine. As explained in more detail on the record, Dr. Lewis's deposition will be conducted in person, and the parties will discuss appropriate Covid-19 measures and precautions. Dr. Lewis's counsel will confirm the place and dates for the live deposition following consultation with her client.

**IT IS SO ORDERED.**

Dated October 6, 2022, at Kansas City, Kansas.

                                                     s/ Angel D. Mitchell
                                                     Angel D. Mitchell
                                                     U.S. Magistrate Judge