IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY LEWIS, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02191 |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
| SCHOOL OF MEDICINE; | ) |
| | ) |
| MATTHEW MACALUSO, D.O. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR AN EXTENSION OF TIME

Pursuant to D. Kan. Rule 6.1, the plaintiff, Ashley Lewis, M.D., moves the court for an extension of time of three weeks, to and including December 23, 2022, in which to file a designation of expert filed by the plaintiff, Ashley Lewis, M.D. In support of this motion, the plaintiff shows the Court the following:

1. The plaintiff's expert designation is due on December 2, 2022, and this is the plaintiff's first request for an extension of time as to this deadline.

2. Plaintiff's counsel will not be able to complete the expert designation by December 2, 2022, because mediation is scheduled for November 30, 2022, and if that mediation is successful, the hiring of an expert will not be necessary.

3. The defendant does oppose the plaintiff's request for an extension of time.

4. Plaintiff does not oppose an extension of time, beyond January 2, 2022, for defendant to find a counter expert, which will not affect the dispositive motion deadline.

For these reasons, the court should grant the plaintiff an extension of time of three weeks, to and including December 23, 2022, in which to file a memorandum in opposition to the defendant's motion for summary judgment.

By: /s/Alan V. Johnson
Alan V. Johnson, KS #9992
Rebecca M. Henderson, KS #28955
SLOAN, EISENBARTH, GLASSMAN
    McENTIRE & JARBOE, L.L.C.
534 S. Kansas Avenue, Ste 1000
Topeka, Kansas 66603-3456
(785) 357-6311; (785) 357-0152 fax
ajohnson@sloanlawfirm.com
rhenderson@sloanlawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of November, 2022, the foregoing was electronically sent to the following:

Kathleen M. Nemechek
Megan D. Costello
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
E-mail: knemechek@berkowitzoliver.com
          mcostello@berkowitzoliver.com
ATTORNEYS FOR DEFENDANT

      /s/Alan V. Johnson
      Alan V. Johnson, #09992