IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY LEWIS, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02191 |
| | ) |
| UNIVERSITY OF KANSAS, | ) |
|    SCHOOL OF MEDICINE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the plaintiff, Ashley Lewis, M.D., by and through her attorneys Alan V. Johnson and Rebecca M. Henderson and the law firm of SLOAN, EISENBARTH, GLASSMAN, MCENTIRE & JARBOE, L.L.C., and the defendant, the University of Kansas School of Medicine, by and through its attorneys Kathleen Nemechek and Megan Costello, and the law firm Berkowitz Oliver, LLP, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate that this action should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATED AND APPROVED BY:

SLOAN, EISENBARTH, GLASSMAN,
    MCENTIRE & JARBOE, L.L.C.
534 S. Kansas Ave., Suite 1000
Topeka, Kansas 66603
Telephone    (785) 357-6311
Fax          (785) 357-0152

/s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Rebecca M. Henderson, KS #28955

ajohnson@sloanlawfirm.com
rhenderson@sloanlawfirm.com
Attorneys for Plaintiff

**And**

/s/ Megan D. Costello
Kathleen M. Nemechek
Megan D. Costello
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
E-mail: knemechek@berkowitzoliver.com
           mcostello@berkowitzoliver.com
ATTORNEYS FOR DEFENDANT